**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| In re: | |
| LOUIS A. GENCARELLI, SR., | Bk. No. 04-10682 |
| Debtor. | (Chapter 11) |

FILED JUN 28 '05 15:27 USBCRI

## MOTION FOR LEAVE TO APPEAL

NOW COME 1800 Smith Street Associates, LP and 1500 Mineral Spring Associates, LP, by and through their General Partner, Jason's Realty Corp. (collectively, the "Creditors"), and hereby move the U.S. District Court for the District of Rhode Island, pursuant to 28 U.S.C. §158(a)(3) and Federal Rule of Bankruptcy Procedure 8001(b), for the entry of an Order granting each of them leave to appeal from the Order and Judgment entered by the U.S. Bankruptcy Court for the District of Rhode Island on June 24, 2005, which overruled the Creditors' objection to, and granted Debtor Louis A. Gencarelli, Sr.'s ("Gencarelli") Motion for authority to release to himself the remainder of the sale proceeds in the bankruptcy estate (*i.e.*, Gencarelli will receive approximately $2.5 million), except for the sum of $1 Million Dollars which will be held by Winograd, Shine & Zachs, P.C. pending further order of the Bankruptcy Court.

In short, a substantial distribution of estate funds was allowed by the Bankuptcy Court and already made to both secured and unsecured creditors even though no Chapter 11 plan of reorganization was ever filed or confirmed. In addition, the Bankruptcy Court has now permitted **three (3) interim distributions to Gencarelli himself in the total combined sum of approximately $5.5 Million Dollars**. Furthermore, under the unique circumstances of this case, as previously demonstrated in: (a) the Creditors' Memorandum in Support of Leave to Appeal, dated November 19, 2004 (docketed with the U.S. District Court for the District of Rhode Island,

C.A. No. 04-496T); and (b) the Creditors' Memorandum in Support of Leave to Appeal, dated January 6, 2005 (docketed with the U.S. District Court for the District of Rhode Island, C.A. No. 05-10T), Gencarelli filed his individual Chapter 11 bankruptcy petition in bad faith and is clearly abusing the bankruptcy process.

Finally, by Order entered on April 7, 2005, a copy of which is attached hereto as Exhibit A, the U.S. District Court for the District of Rhode Island granted the Creditors' Motions for Leave to Appeal, referenced herein, which have been consolidated with another appeal of the Creditors (C.A. No. 05-09T). Thus, in support of this Motion, the Creditors rely upon and incorporate herein by reference the following previously filed documents: (a) their Memorandum in Support of Leave to Appeal, dated November 19, 2004 (C.A. No. 04-496T), together with all Exhibits attached thereto; and (b) their Memorandum in Support of Leave to Appeal, dated January 6, 2005 (C.A. No. 05-10T), together with all Exhibits attached thereto. The latest Bankruptcy Court ruling granting Gencarelli's third Motion for an interim distribution of approximately $2.5 Million Dollars constitutes a further abuse of discretion which warrants appellate review.

1500 MINERAL SPRING ASSOCIATES, LP, and
1800 SMITH STREET ASSOCIATES, LP, by and
through their General Partner JASON'S REALTY
CORP.

By their Attorneys,

Robert D. Wieck, Esq. #1739
Attorney Denean M. Russo #5043
MacAdams & Wieck Incorporated
101 Dyer Street, Suite 400
Providence, Rhode Island 02903
(401) 454-8700
Dated: June 28, 2005

GRANTED
Ernest C. Torres
Chief, US District Judge
8/16/05

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the within Motion was served via first-class mail, postage pre-paid, on this 28th day of June, 2005, to the following:

Joseph Ferrucci, Esq.
Ferrucci Russo P.C.
55 Pine Street, 4th Floor
Providence, RI 02903

Alfred Lane, Esq.
Executive Vice President
Development and General Counsel
Tim Horton's
874 Sinclair Road
Oakville, Ontario CANADA L6K 1Y1

Leonard J. DePasquale, Esq.
Assistant United States Trustee
10 Dorrance Street, Suite 910
Providence, RI 02903

Jessica Pandoli
109 Miller Street
Westfield, MA 01085

Michael Kokonowski, Esq.
83 State Street
Springfield, MA 01103

James R. Simmons, Esq.
Nadeau & Simmons
56 Pine Street
Providence, RI 02903

Harold B. Murphy, Esq.
D. Ethan Jeffery, Esq.
Hanify & King
One Beacon Street
Boston, MA 02108-3107

Allan M. Shine, Esq.
Winograd, Shine & Zacks, P.C.
123 Dyer Street
Providence, RI 02903

Edwin E. Smith, Esq.
Bingham McCutchen LLP
130 Federal Street
Boston, MA 02110

Michelle B. Daugherty

G:\Sisto, Bennie\Gencarelli, Louis A. Sr\BANKRUPTCY PLEADINGS\Motion for Leave to Appea l- Third Distribution 062705.doc