**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| 1500 MINERAL SPRING ASSOCIATES, LP, ET. AL, Appellants. | : | |
| vs. | : | C.A. No. 05-284T |
| LOUIS A. GENCARELLI, SR., Appellee, | : | |
| In re: | : | |
| LOUIS A. GENCARELLI, SR., Debtor. | : | Bk. No. 04-10682 (Chapter 11) |

**STIPULATION OF DISMISSAL**

The Appellants, 1800 Smith Street Associates, LP and 1500 Mineral Spring Associates, LP, by and through their General Partner, Jason's Realty Corp. (collectively, the "Creditors"), and the Appellee/Debtor, Louis Gencarelli ("Gencarelli"), have agreed to resolve and settle all matters between the parties. Therefore, pursuant to the Order entered by the Bankruptcy Court for the District of Rhode Island on April 27, 2007, the parties hereby stipulate and agree that the above-referenced Bankruptcy Appeal shall be dismissed with prejudice and without costs.

1500 MINERAL SPRING ASSOCIATES, ET AL.
By and through their Attorneys,

/s/ Denean M. Russo
Robert D. Wieck, Esq. #1739
Attorney Denean M. Russo #5043
MacAdams Wieck DeLuca & Gemma Inc.
101 Dyer Street, Suite 400
Providence, Rhode Island 02903
(401) 454-8700
Date: May 2, 2007

LOUIS A. GENCARELLI, SR.
By and through his Attorneys,

/s/ Christopher Mulhearn
Joseph P. Ferrucci, Esq. #4231
Christopher Mulhearn, Esq. #5188
Ferrucci Russo P.C.
55 Pine Street
Providence, Rhode Island 02903
(401) 455-1000
Date: May 2, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the within Stipulation was served by electronic mail through the Federal District Court's Electronic Case Filing system on the 2nd day of May, 2007, to the following counsel:

Allan M. Shine, Esq.
WINOGRAD, SHINE & ZACKS, P.C.
ashine@wszlaw.com

Leonard J. DePasquale, Esq.
Assistant United States Trustee
ustpregion01.pr.ecf@usdoj.gov

/s/ Denean M. Russo